FORM CACB (od13vdr VAN–154)
Rev.(03/09)

## United States Bankruptcy Court
## Central District of California

**255 East Temple Street, Los Angeles, CA 90012**

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL OF
# CHAPTER 13 [11 U.S.C. § 1307(b)]

**DEBTOR INFORMATION:**
Aaron Theodore Abdus–Shakoor

**BANKRUPTCY NO.** 2:15–bk–20738–VZ

**CHAPTER** 13

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any): xxx–xx–9771
Employer Tax–Identification (EIN) No(s).(if any): N/A
**Debtor Dismissal Date:** 1/5/16

**Address:**
1928 New York Dr
Altadena, CA 91001

Based on debtor's request, IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed; and

(2)  the court retains jurisdiction on all issues arising under 11 U.S.C. §§ 110, 329 and 362.

Dated: January 5, 2016

BY THE COURT,

**Vincent P. Zurzolo**
United States Bankruptcy Judge

(Form od13vd VAN–154) Rev. 03/09

**20 / SC**